In the Matter of the Application of THOMAS O'KEEFE, Petitioner, for a Peremptory Mandamus Order against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.*

Supreme Court, Washington County, July 20, 1934.

*A. Stanley Copeland*, for the petitioner.

*John J. Bennett, Jr., Attorney-General [L. M. Layden* and *William G. Healy, Assistant Attorneys-General,* of counsel], for the relator.

ROGERS, J. When a prisoner is ordered resentenced he is not " discharged from prison by pardon or otherwise, nor is he released therefrom on parole." But if the resentence does not provide for his incarceration in a State prison, then he is discharged from prison, and thereupon becomes entitled to the twenty dollars, as provided for in section 125 of the Correction Law.

* Affd., 243 App. Div. 643.

The record shows that the County Court of Rockland county, May 7, 1934, in resentencing the prisoner imposed an indeterminate sentence and suspended the execution thereof. This amounted to a discharge from State prison. The peremptory mandamus order should be allowed.